1    Peter S. Modlin (State Bar No. 151453)
Farella Braun & Martel LLP
2    Russ Building, 30th Floor
235 Montgomery Street
3    San Francisco, CA  94104
Telephone:  (415) 954-4400
4    Facsimile:  (415) 954-4480

5    Attorneys for Defendants
DJONT OPERATIONS, LLC and
6    FELCOR/CSS HOLDINGS, LP

7

8              IN THE UNITED STATES DISTRICT COURT

9         FOR THE NORTHERN DISTRICT OF CALIFORNIA

10

11   ROBERT McCARTHY,                        Case No. C07-03275 RS

12              Plaintiff,                    **DEFENDANTS' ANSWER**

13        vs.

14   DJONT OPERATIONS, LLC, and
FELCOR/CSS HOLDINGS, LP,
15
              Defendants.
16

17

18        Defendants DJONT Operations, LLC and FelCor/CSS Holdings, LP (collectively

19   "Defendants") hereby respond to plaintiff Robert McCarthy's ("Plaintiff") Complaint

20   ("Complaint") as follows:

21        1.    Defendants deny the allegations in paragraph 1 of Plaintiff's Complaint.

22        2.    Defendants deny the allegations in paragraph 2 of Plaintiff's Complaint, except to

23   admit that intra-district assignment to this Court is proper.

24        3.    Defendants deny the allegations in paragraph 3 of Plaintiff's Complaint, except to

25   admit that this Court has jurisdiction and venue over Plaintiff's Complaint.

26        4.    Defendants deny the allegations in paragraph 4 of Plaintiff's Complaint, except to

27   admit that this Court has supplemental jurisdiction over the state law claims.

28

Farella Braun & Martel LLP
Russ Building, 30th Floor
235 Montgomery Street
San Francisco, CA  94104
Telephone: (415) 954-4400

DEFENDANTS' ANSWER                    1
Case No. C07-03275 RS

22332\1294086.1

5.    Defendants deny the allegations in paragraph 5 of Plaintiff's Complaint, except to admit that FelCor/CSS Holdings, LP is the owner and lessor of the subject hotel, and DJONT Operations, LLC is the lessee and operator of the subject hotel.

6.    Defendants lack sufficient knowledge or information to form a belief as to the truthfulness of the allegations in paragraph 6 of Plaintiff's Complaint, and on that basis deny the allegations.

7.    Defendants deny the allegations in paragraph 7 of Plaintiff's Complaint.

8.    Defendants deny the allegations in paragraph 8 of Plaintiff's Complaint, except to admit that FelCor/CSS Holdings, LP is the owner and lessor of the subject hotel, and DJONT Operations, LLC is the lessee and operator of the subject hotel.

9.    Defendants lack sufficient knowledge or information to form a belief as to the truthfulness of the allegations in paragraph 9 of Plaintiff's Complaint, and on that basis deny the allegations.

10.    With respect to paragraph 10 of Plaintiff's Complaint, Defendants deny that they breached any legal obligations to Plaintiff. With respect to all other allegations in the paragraph, Defendants lack sufficient knowledge or information to form a belief as to the truthfulness of the allegations, and on that basis deny the allegations.

11.    With respect to paragraph 11 of Plaintiff's Complaint, Defendants deny that they breached any legal obligations to Plaintiff. With respect to all other allegations in the paragraph, Defendants lack sufficient knowledge or information to form a belief as to the truthfulness of the allegations, and on that basis deny the allegations.

12.    With respect to paragraph 12 of Plaintiff's Complaint, Defendants deny that they breached any legal obligations to Plaintiff. With respect to all other allegations in the paragraph, Defendants lack sufficient knowledge or information to form a belief as to the truthfulness of the allegations, and on that basis deny the allegations.

13.    With respect to paragraph 13 of Plaintiff's Complaint, Defendants deny that they breached any legal obligations to Plaintiff. With respect to all other allegations in the paragraph,

Farella Braun & Martel LLP
Russ Building, 30th Floor
235 Montgomery Street
San Francisco, CA 94104
Telephone: (415) 954-4400

DEFENDANTS' ANSWER
Case No. C07-03275 RS

2

22332\1294086.1

1    Defendants lack sufficient knowledge or information to form a belief as to the truthfulness of the

2    allegations, and on that basis deny the allegations.

3        14.    With respect to paragraph 14 of Plaintiff's Complaint, Defendants deny that they

4    breached any legal obligations to Plaintiff. With respect to all other allegations in the paragraph,

5    Defendants lack sufficient knowledge or information to form a belief as to the truthfulness of the

6    allegations, and on that basis deny the allegations.

7        15.    With respect to paragraph 15 of Plaintiff's Complaint, Defendants deny that they

8    breached any legal obligations to Plaintiff. With respect to all other allegations in the paragraph,

9    Defendants lack sufficient knowledge or information to form a belief as to the truthfulness of the

10   allegations, and on that basis deny the allegations.

11       16.    With respect to paragraph 16 of Plaintiff's Complaint, Defendants deny that they

12   breached any legal obligations to Plaintiff. With respect to all other allegations in the paragraph,

13   Defendants lack sufficient knowledge or information to form a belief as to the truthfulness of the

14   allegations, and on that basis deny the allegations.

15       17.    Defendants deny the allegations in paragraph 17 of Plaintiff's Complaint, except to

16   admit that they were aware of the existence of the ADA.

17       18.    Defendants lack sufficient knowledge or information to form a belief as to the

18   truthfulness of the allegations in paragraph 18 of Plaintiff's Complaint, and on that basis deny the

19   allegations.

20       19.    Paragraph 19 of Plaintiff's Complaint contains Plaintiff's characterization of

21   certain legal requirements to which no response is required. To the extent a response is required,

22   Defendants deny the allegation contained therein, except to refer to the language of the referenced

23   statutes, which speak for themselves. Defendants deny any remaining allegations of this

24   paragraph.

25       20.    Defendants deny the first sentence of paragraph 20 of Plaintiffs' Complaint. The

26   remainder of this paragraph contains Plaintiff's characterization of certain legal requirements to

27   which no response is required. To the extent a response is required, Defendants deny the

28

Farella Braun & Martel LLP
Russ Building, 30th Floor
235 Montgomery Street
San Francisco, CA 94104
Telephone: (415) 954-4400

DEFENDANTS' ANSWER
Case No. C07-03275 RS                3                22332\1294086.1

1   allegation contained therein, except to refer to the language of the referenced statutes, which

2   speak for themselves.  Defendants deny any remaining allegations of this paragraph.

3       21.    Defendants deny the allegations in paragraph 21 of Plaintiff's Complaint.

4       22.    Defendants deny the allegations in paragraph 22 of Plaintiff's Complaint, except to

5   admit that the referenced case speaks for itself.

6       23.    Defendants lack sufficient knowledge or information to form a belief as to the

7   truthfulness of the allegations in paragraph 23 of Plaintiff's Complaint, and on that basis deny the

8   allegations.

9       24.    Defendants deny the allegations in paragraph 24 of Plaintiff's Complaint.

10      25.    Defendants deny the allegations in paragraph 25 of Plaintiff's Complaint.

11      26.    Defendants lack sufficient knowledge of information to form a belief as to the

12  truthfulness of the allegations in paragraph 26 of Plaintiff's Complaint, and on that basis deny the

13  allegations.

14      27.    Defendants deny the allegations in paragraph 27 of Plaintiff's Complaint.

15      28.    Defendants deny the allegations in paragraph 28 of Plaintiff's Complaint.

16      29.    Defendants deny the allegations in paragraph 29 of Plaintiff's Complaint.

17      30.    Defendants deny the allegations in paragraph 30 of Plaintiff's Complaint.

18      31.    Defendants deny the allegations in paragraph 31 of Plaintiff's Complaint.

19      32.    Defendants deny the allegations in paragraph 32 of Plaintiff's Complaint.

20      33.    Defendants deny the allegations in paragraph 33 of Plaintiff's Complaint.

21      34.    Defendants deny the allegations in paragraph 34 of Plaintiff's Complaint.

22      35.    Defendants deny the allegations in paragraph 35 of Plaintiff's Complaint.

23      36.    Defendants deny the allegations in paragraph 36 of Plaintiff's Complaint.

24      37.    Defendants deny the allegations in paragraph 37 of Plaintiff's Complaint.

25      38.    Defendants deny the allegations in paragraph 38 of Plaintiff's Complaint.

26      39.    Defendants deny the allegations in paragraph 39 of Plaintiff's Complaint.

27      40.    Defendants deny the allegations in paragraph 40 of Plaintiff's Complaint.

28      41.    Defendants deny the allegations in paragraph 41 of Plaintiff's Complaint.

Farella Braun & Martel LLP
Russ Building, 30th Floor
235 Montgomery Street
San Francisco, CA 94104
Telephone: (415) 954-4400

DEFENDANTS' ANSWER
Case No. C07-03275 RS

4

22332\1294086.1

42.    Defendants deny the allegations in paragraph 42 of Plaintiff's Complaint.

43.    Defendants deny the allegations in paragraph 43 of Plaintiff's Complaint.

44.    Defendants deny the allegations in paragraph 44 of Plaintiff's Complaint.

The remainder of Plaintiff's Complaint contains Plaintiff's prayer for relief to which no response is required.  To the extent a response is required, Defendants deny each and every allegation contained therein.

Except as expressly admitted above, Defendants deny each and every allegation contained in Plaintiff's Complaint.

As and for separate and distinct affirmative defenses to Plaintiff's Complaint on file herein, Defendants allege as follows:

## FIRST SEPARATE DEFENSE

1.    Plaintiff fails to state facts sufficient to state a claim upon which relief may be granted against Defendants.

## SECOND SEPARATE DEFENSE

2.    Plaintiff failed, and continues to fail, to take reasonable steps to mitigate his damages.

## THIRD SEPARATE DEFENSE

3.    Plaintiff lacks standing.

## FOURTH SEPARATE DEFENSE

4.    Plaintiff's claims for damages are due, if at all, to the wrongful conduct of others.

## FIFTH SEPARATE DEFENSE

5.    The accommodation requested by Plaintiff is not readily achievable.

## SIXTH SEPARATE DEFENSE

6.    The accommodation requested by Plaintiff is not feasible.

## SEVENTH SEPARATE DEFENSE

7.    The accommodation requested by Plaintiff would result in undue burden.

## EIGHTH SEPARATE DEFENSE

8.    Plaintiff's claims are barred by the doctrine of laches.

Farella Braun & Martel LLP
Russ Building, 30th Floor
235 Montgomery Street
San Francisco, CA  94104
Telephone: (415) 954-4400

DEFENDANTS' ANSWER
Case No. C07-03275 RS

5

22332\1294086.1

## NINTH SEPARATE DEFENSE

9.    Plaintiff's claims are barred by the doctrine of estoppel.

## TENTH SEPARATE DEFENSE

10.    Plaintiff's claims are barred by the doctrine of waiver.

## ELEVENTH SEPARATE DEFENSE

11.    Plaintiff was partially, if not wholly, negligent or otherwise at fault and should be barred from recovery of that portion of the damages directly attributable to his proportionate share of the negligence or fault, pursuant to the doctrine of comparative negligence.

## TWELFTH SEPARATE DEFENSE

12.    The damages sustained by Plaintiff, if any, were caused, in whole or in part, by the negligence or fault of others for which Defendants are not liable or responsible.

## THIRTEENTH SEPARATE DEFENSE

13.    If Defendants are responsible in any respect for any injuries or damages suffered by Plaintiff, which Defendants expressly deny, such injuries or damages have been caused by or contributed to by others, and Defendants' proportional liability, if any, should be reduced to the extent thereof.

## FOURTEENTH SEPARATE DEFENSE

14.    Defendants did not intentionally impede or impair access to Plaintiff.

## FIFTEENTH SEPARATE DEFENSE

15.    Plaintiff's claims, if any, are barred by failure to exhaust administrative remedies.

## SIXTEENTH SEPARATE DEFENSE

16.    Any award of punitive damages in this action would violate Defendants' constitutional rights, including the right to due process.

WHEREFORE, Defendants respectfully request:

1.    That Plaintiff take nothing by way of his Complaint;

2.    That Plaintiff's Complaint be dismissed in its entirety with prejudice;

3.    That Defendants be granted their reasonable attorneys' fees, costs and expenses; and

Farella Braun & Martel LLP
Russ Building, 30th Floor
235 Montgomery Street
San Francisco, CA 94104
Telephone: (415) 954-4400

DEFENDANTS' ANSWER
Case No. C07-03275 RS

6

22332\1294086.1

4.    That the Court award such other and further relief as it deems just and proper.

DATED:  July 13, 2007                          FARELLA BRAUN & MARTEL LLP


By: _____
        Peter S. Modlin

Attorneys for Defendants

Farella Braun & Martel LLP
Russ Building, 30th Floor
235 Montgomery Street
San Francisco, CA 94104
Telephone: (415) 954-4400

DEFENDANTS' ANSWER
Case No. C07-03275 RS

7

22332\1294086.1