POS-010

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name, State Bar number, and address): | FOR COURT USE ONLY |
|---|---|
| David C Wakefield, 185736<br>PINNOCK & WAKEFIELD, APC<br>3033 Fifth Avenue, Suite 410<br>San Diego, CA 92103<br>TELEPHONE NO.: (619) 858-3671<br>ATTORNEY FOR (Name): Plaintiff | FILED<br><br>2007 AUG -7 P 2: 13<br><br>RICHARD W. WIEKING<br>CLERK<br>U.S. DISTRICT COURT<br>NO. DIST. OF CA. S.J. |
| SUPERIOR COURT OF CALIFORNIA, COUNTY OF<br>United States District Court<br>280 S. First St. #2112<br>San Jose, CA 95113-3008 | |

| PLAINTIFF/PETITIONER: ROBERT MCCARTHY | CASE NUMBER: |
|---|---|
| DEFENDANT/RESPONDENT: DJONT OPERATIONS, LLC | C07-03275 RS |

| PROOF OF SERVICE OF SUMMONS | Ref. No. or File No.:<br>none |
|---|---|

1. At the time of service I was a citizen of the United States, at least 18 years of age and not a party to this action.

2. I served copies of: Complaint, Civil Case Cover Sheet, Summons, Scheduling Order, Standing Order - Judge Seeborg, Standing Order RE Case Management, Standing Order - All Judges, ECF Registration

**BY FAX**

3. a. Party served: FELCOR/CSS HOLDINGS, LP

   b. Person Served: CT Corp-Margaret Wilson - Person authorized to accept service of process

4. Address where the party was served: 818 WEST SEVENTH STREET
   LOS ANGELES, CA 90017

5. I served the party
   a. **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) or (date): June 26, 2007    (2) at (time): 3:25 pm

6. The "Notice to the Person Served" (on the summons) was completed as follows:
   c. on behalf of:

   FELCOR/CSS HOLDINGS, LP

   under:    Other: Limited Partnership

7. **Person who served papers**
   a. Name:        Jimmy Lizama
   b. Address:     One Legal, Inc. - 132-Marin
                   504 Redwood Blvd #223
                   Novato, CA 94947
   c. Telephone number: 415-491-0606
   d. The fee for service was: $ 14.95
   e. I am:
      (3) registered California process server.
         (i)   Employee or independent contractor.
         (ii)  Registration No.: 4553
         (iii) County LOS ANGELES

8. I declare under penalty of perjury under the laws of the United States of America and the State of California that the foregoing is true and correct.

Date: August 6, 2007

Jimmy Lizama
(NAME OF PERSON WHO SERVED PAPERS)                                    (SIGNATURE)

Form Adopted for Mandatory Use
Judicial Council of California POS-010
[Rev. Jan 1, 2007]

**PROOF OF SERVICE OF SUMMONS**

Code of Civil Procedure, § 417.10

FF# 6643337