1  **PINNOCK & WAKEFIELD, A.P.C.**
   David C. Wakefield, Esq.    Bar #: 185736
2  Theodore A. Pinnock, Esq.    Bar #: 153434
   3033 Fifth Avenue, Suite 410
3  San Diego, CA  92103
   Telephone: (619) 858-3671
4  Facsimile: (619) 858-3646

5  Attorneys for Plaintiff

6

7                    UNITED STATES DISTRICT COURT

8                    NORTHERN DISTRICT OF CALIFORNIA

9

10 | ROBERT MCCARTHY | **Case No.: C07-03275 RS** |
   |---|---|
   |  |  |
   | Plaintiff, | **STIPULATED DISMISSAL WITH PREJUDICE OF ALL DEFENDANTS AND PLAINTIFF'S COMPLAINT IN ITS ENTIRETY.** |
   | v. |  |
   | DJONT OPERATIONS, LLC; FELCOR/CSS HOLDINGS, LP; And DOES 1 THROUGH 10, Inclusive, |  |
   |  | [Fed.R.Civ.P. Rule 41(a)(2)] |
   | Defendants. |  |

///

///

///

                                          1    Case Number: C07-3275 RS
                                               Stipulated Dismissal

Document Date: September 14, 2007

1    **IT IS HEREBY STIPULATED** by and between **ROBERT MCCARTHY,** Plaintiff, on
2    the one hand, and Defendants **DJONT OPERATIONS, LLC** and **FELCOR/CSS HOLDINGS,**
3    **LP,** on the other hand, through their respective attorneys of record that, pursuant to Federal Rules
4    of Civil Procedure, Rule 41 (a)(1) and (2), this Court enter a dismissal with prejudice of
5    Defendants **DJONT OPERATIONS, LLC** and **FELCOR/CSS HOLDINGS, LP,** from
6    Plaintiff's Complaint.   Additionally, Plaintiff requests that Plaintiff's complaint be dismissed
7    with prejudice in its entirety.

9    **IT IS SO STIPULATED.**

Dated: September 14, 2007            **PINNOCK & WAKEFIELD, A.P.C.**

                        By:    _/S/ David C. Wakefield_____
                                DAVID C. WAKEFIELD, ESQ.
                                Attorneys for Plaintiff

Dated: September  14, 2007           **FARELLA BRAUN & MARTEL LLP**

                        By:    _/S/__Adam Dawson_____
                                ADAM DAWSON, ESQ.
                                PETER S. MODLIN, ESQ.
                                Attorney for Defendants DJONT OPERATIONS,
                                LLC and FELCOR/CSS HOLDINGS, LP

**CERTIFICATE OF PROOF OF SERVICE**

**STATE OF CALIFORNIA, COUNTY OF SAN DIEGO**

I am employed in the County of San Diego, State of California. I am over the age of 18 and not a party to the within action; my business address is 3033 Fifth Avenue, Suite 410, San Diego, California, 92103.

On this date, I served the following document(s) described as **STIPULATED DISMISSAL WITH PREJUDICE OF ALL DEFENDANTS AND PLAINTIFFS' COMPLAINT IN ITS ENTIRETY** and **ORDER FOR DISMISSAL WITH PREJUDICE OF ALL DEFENDANTS AND PLAINTIFFS' COMPLAINT IN ITS ENTIRETY.**

on the following parties in this action by:

     __**X**___ **BY ELECTRONIC SERVICE TRANSMISSION** via the United States District Court, Northern District of California, Case Management/Electronic Case Files, Filing System. I served a copy of the above listed document(s) to the e-mail addresses of the addressee(s) by use of email as identified and maintained therein.

Adam Dawson, Esq.
Peter S. Modlin, Esq.
Farella Braun & Martel LLP
Russ Building, 30th Floor
235 Montgomery Street
San Francisco, California 94104
Tel:  415.954.4400
Fax:  415.954.4480
Email: pmodlin@fbm.com
          Adawson@fbm.com
Attorneys for Defendant DJONT OPERATIONS, LLC and FELCOR/CSS HOLDINGS, LP

     ____ **BY MAIL:** placing  _____ the original  __**x**___ a true copy thereof enclosed in sealed enveloped addressed as stated above. I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice, it would be deposited with the U.S. Postal Service on the same day with postage thereon fully prepaid, mailed at San Diego, California, in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

     __**X**___ **FEDERAL:** I declare that I am employed in the office of a member of the Bar of this Court, at whose direction this service was made.

     **EXECUTED** on October 5, 2007, at San Diego, California.

                              /S/David C. Wakefield_____
                              David C. Wakefield

Document Date: September 14, 2007