*E-FILED 10/9/07*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT MCCARTHY<br><br>            Plaintiff,<br><br>    v.<br><br>DJONT OPERATIONS, LLC; FELCOR/CSS HOLDINGS, LP ; And DOES 1 THROUGH 10, Inclusive<br><br>            Defendants. | Case No.:  C07-03275 RS<br><br>**ORDER FOR DISMISSAL WITH PREJUDICE OF ALL DEFENDANTS AND PLAINTIFFS' COMPLAINT IN ITS ENTIRETY**<br><br>[Fed.R.Civ.P. Rule 41(a)(2)] |

///

///

///

1    Case Number: C07-3275 RS
Order For Dismissal

Document Date: September 14, 2007

**IT IS HEREBY ORDERED,** pursuant to the Stipulated Dismissal With Prejudice Of All Defendants on file herein, that all Defendants are dismissed with prejudice from Plaintiffs' Complaint. Additionally, Plaintiffs' Complaint is dismissed with prejudice in its entirety.

**IT IS SO ORDERED.**

Dated: October 9, 2007

_____
HONORABLE RICHARD SEEBORG
UNITED STATES DISTRICT COURT JUDGE